UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 19-2532 (DSD/TNL)

Neil Ray Lystad,

       Petitioner,

v.                                                    **ORDER**

Kathy Halverson et al.,

       Respondents.


This matter is before the court upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 6, 2020 (R&R). No objections to the R&R have been filed within the time period permitted. Accordingly, based on the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.    The R&R [ECF No. 25] is adopted in its entirety;

2.    The petition under 28 U.S.C. § 2254 [ECF No. 1] is denied;

3.    This action is dismissed with prejudice; and

4.    The court declines to issue a certificate of appealability.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Date:  July 27, 2020            /s David S. Doty _____
                            David S. Doty, Judge
                            United States District Court